PATTERSON, administratrix, v. FOUNTAIN.

RUSSELL, Chief Justice. Upon a rehearing, the original opinion in this case is withdrawn, and the judgment of affirmance is vacated. The judge of the superior court erred in directing the verdict for the defendants, there being issues of fact raised by the evidence which should have

been submitted to the jury. It follows that it was error to overrule the motion for new trial. *Judgment reversed. All the Justices concur.*

No. 11276. OCTOBER 13, 1936. ON REHEARING, DECEMBER 16, 1936.

*L. D. Moore,* for plaintiff. *James D. Shannon,* for defendant.